1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
2      Including Professional Corporations
3  MARTIN D. KATZ, Cal. Bar No. 110681
   WHITNEY WALTERS, Cal. Bar No. 237781
4  1901 Avenue of the Stars, 16th Floor
5  Los Angeles, California 90067-6017
   Telephone: (310) 228-3700
6  Facsimile: (310) 228-3701
7  mkatz@sheppardmullin.com
   wwalters@sheppardmullin.com
8

9  Attorneys for Plaintiff
   THE TALL TREE INSURANCE COMPANY
10

11

12              UNITED STATES DISTRICT COURT

13          FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                  SAN FRANCISCO DIVISION                **BZ**

15 | THE TALL TREE INSURANCE
16 | COMPANY,
                                      **CV 08 1060**
17 |        Plaintiff,
                                      **PLAINTIFF THE TALL TREE**
18 |                                  **CORPORATION'S**
     v.                               **CERTIFICATION OF INTERESTED**
19 |                                  **ENTITIES OR PERSONS**
20 | MUNICH REINSURANCE
     AMERICA, INC., formerly known as  [Complaint filed: February 21, 2008]
21 | AMERICAN RE-INSURANCE
     COMPANY
22

23 |        Defendant.

24

25

26

27

28

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities: (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Hewlett-Packard Company, a Delaware corporation (Tall Tree is a wholly-owned subsidiary of Hewlett-Packard Company).

Dated: February 21, 2008    Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
MARTIN D. KATZ
WHITNEY WALTERS

By _____
Martin D. Katz
Attorneys for Plaintiff
THE TALL TREE INSURANCE COMPANY

-1-

W02-WEST:2WBW1\400709349.1    CERTIFICATION OF INTERESTED ENTITIES OR PERSONS