# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TALL TREE INSURANCE COMPANY | **SUMMONS IN A CIVIL CASE** |
| | CASE NUMBER: |
| V. | |
| MUNICH REINSURANCE AMERICA, INC., formerly known as AMERICAN RE-INSURANCE COMPANY | CV 08 1060 BZ |

TO: (Name and address of defendant)

MUNICH REINSURANCE AMERICA, INC., formerly known as AMERICAN RE-INSURANCE COMPANY
c/o CSC - LAWYERS INCORPORATING SERVICE
2730 Gateway Oaks Drive, Suite 100
Sacramento, California 95833

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Martin D. Katz, Cal. Bar No. 110681
Whitney Walters, Cal. Bar No. 237781
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: (310) 228-3700
Facsimile: (310) 228-3701

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Helen L. Almacen
(BY) DEPUTY CLERK

DATE  FEB 2 1 2008

FAXED

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>MARTIN D. KATZ<br>SHEPPARD, MULLIN, RICHTER, & HAMPTON LLP<br>1901 AVENUE OF THE STARS<br>SUITE 1600<br>LOS ANGELES, CA 90069<br>*Telephone No:* 310-228-3700  *FAX No:* 310-228-3701<br>*Ref. No. or File No.:* | *For Court Use Only* |
| *Attorney for:* Plaintiff | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | |
| *Plaintiff:* THE TALL TREE INSURANCE COMPANY<br>*Defendant:* MUNICH REINSURANCE AMERICA, INC., ETC. | |
| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | *Hearing Date:*  *Time:*  *Dept/Div:*  *Case Number:* CV081060 BZ |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ECF REGISTRATION INFORMATION HANDOUT ; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; DROP BOX FILING PROCEDURES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

3. a. *Party served:* MUNICH REINSURANCE AMERICA, INC., FORMERLY KNOWN AS AMERICAN RE-INSURANCE COMPANY
   b. *Person served:* BECKY DEGEORGE, CSC LAWYERS INCORPORATING SERVICE, REGISTERED AGENT.

4. *Address where the party was served:* 2730 GATEWAY OAKS DR.
   SUITE 100
   SACRAMENTO, CA 95833

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Feb. 25, 2008 (2) at: 10:50AM

7. *Person Who Served Papers:*  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. MICHAEL MORRIS
   d. **The Fee** for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) *Registration No.:* 04-009
      (iii) *County:* Sacramento
      (iv) *Expiration Date:* Wed, Jul. 30, 2008

   **First Legal Support Services** SM
   ATTORNEY SERVICES
   1814 "I" STREET
   Sacramento, CA 95814
   (916) 444-5111, FAX 443-3111

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Feb. 28, 2008

   (MICHAEL MORRIS)

   Judicial Council Form                    PROOF OF SERVICE                    4027264.maka.116267
   Rule 982.9.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL CASE