# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA  94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

March 18, 2008

To:   Martin D Katz
      Whitney Beth Walters
      Sheppard Mullin Richter & Hampton LLP
      1901 Avenue of the Stars, 16th Floor
      Los Angeles, CA 90067-6017

      Bruce Harry Winkelman
      Attorney at Law
      2001 Addison Street, Suite 300
      Berkeley, CA 94704

      Re: The Tall Tree Insurance Company v. Munich Reinsurance America, Inc.
          C08-1060 BZ

Dear Counsel:

   At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for **June 9, 2008 at 4:00 p.m.** To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

   At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within ten days.

                                    Sincerely,

                                    Richard W. Wieking, Clerk
                                    United States District Court

                                    /s/ Lashanda Scott
                              By:   Lashanda Scott
                                    Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd