SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
MARTIN D. KATZ, Cal. Bar No. 110681
WHITNEY WALTERS, Cal. Bar No. 237781
1901 Avenue of the Stars, 16th Floor
Los Angeles, California  90067-6017
Telephone:  (310) 228-3700
Facsimile:   (310) 228-3701
mkatz@sheppardmullin.com
wwalters@sheppardmullin.com

Attorneys for Plaintiff
THE TALL TREE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE TALL TREE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>    v.<br><br>MUNICH REINSURANCE AMERICA, INC., formerly known as AMERICAN RE-INSURANCE COMPANY,<br><br>            Defendant. | No.  CV 08-1060 BZ<br><br>**PLAINTIFF'S DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

1  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

2      The undersigned party in the above-captioned civil matter hereby declines to
3  consent to the assignment of this case to a United States Magistrate Judge for trial
4  and disposition and hereby requests the reassignment of this case to a United States
5  District Judge.

7  Dated: March 19, 2008    Respectfully submitted,

8      SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    MARTIN D. KATZ
9      WHITNEY WALTERS

12      By    /s/ Martin D. Katz
13      Martin D. Katz
    Attorneys for Plaintiff
14      THE TALL TREE INSURANCE COMPANY