SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
MARTIN D. KATZ, Cal. Bar No. 110681
WHITNEY WALTERS, Cal. Bar No. 237781
1901 Avenue of the Stars, 16th Floor
Los Angeles, California  90067-6017
Telephone:  (310) 228-3700
Facsimile:   (310) 228-3701
mkatz@sheppardmullin.com
wwalters@sheppardmullin.com

Attorneys for Plaintiff
THE TALL TREE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE TALL TREE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>    v.<br><br>MUNICH REINSURANCE AMERICA, INC., formerly known as AMERICAN RE-INSURANCE COMPANY,<br><br>            Defendant. | No.  CV 08-1060 BZ<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within entitled action; my business address is 1901 Avenue of the Stars, Suite 1600, Los Angeles, California 90067-6017.

On **March 25, 2008**, I served the following document(s) described as **CASE MANAGEMENT CONFERENCE ORDER** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

Bruce H. Winkelman, Esq.                  Counsel for American Re-Insurance
Craig & Winkelman LLP                     Company
2150 Shattuck Avenue, Suite 1220
Berkeley, CA 94704
Telephone: (510) 549-3330  x18
Facsimile:  (510) 217-5894

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☐ **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2.306 of the California Rules of Court.  The telephone number of the sending facsimile machine was 310-228-3701.  The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list.  The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error.  Pursuant to Rule 2.306(g)(4), a copy of that report is attached to this declaration.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **March 25, 2008**, at Los Angeles, California.

_____
BRENDA J. SMITH