UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TALL TREE INSURANCE COMPANY<br>Plaintiff(s),<br><br>v.<br><br>MUNICH REINSURANCE AMERICA, INC.<br>Defendant(s).<br>_____ / | CASE NO. CV 08-01060 (MMC)<br><br>NOTICE OF NEED FOR ADR PHONE CONFERENCE |

Counsel report that they have met and conferred regarding ADR and that they:

☒ have not yet reached an agreement to an ADR process
☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  June 13, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Martin D. Katz | The Tall Tree Insurance Company | (310) 228-3750 | mkatz@sheppardmullin.com |
| Bruce H. Winkelman | Munich Reinsurance America, Inc. | (510) 549-3311 | bwinkleman@Craig-Winkelman.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: June 6, 2008

_____
Attorney for Plaintiff
Martin D. Katz

Dated: June 6, 2008

_____ /with authority
Attorney for Defendant
Bruce H. Winkelman

American LegalNet, Inc.
www.USCourtForms.com

Rev 12.05