UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE TALL TREE INSURANCE
COMPANY
              Plaintiff(s),

v.

MUNICH REINSURANCE
AMERICA, INC.
              Defendant(s).
_____/

Case No. CV 08-01060 (MMC)

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: June 6, 2008

/s/
[Party]
The Tall Tree Insurance
Company

Dated: June 6, 2008

/s/
[Counsel]
Martin D. Katz
Sheppard, Mullin, Richter &
Hampton, LLP

Rev. 12/05

American LegalNet, Inc.
www.USCourtForms.com