SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
MARTIN D. KATZ, Cal. Bar No. 110681
WHITNEY WALTERS, Cal. Bar No. 237781
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: 310-228-3700
Facsimile: 310-228-3701
mkatz@sheppardmullin.com
wwalters@sheppardmullin.com

Attorneys for Plaintiff


CRAIG & WINKELMAN LLP
BRUCE H. WINKELMAN, Cal. Bar No. 124455
2001 Addison Street, Suite 300
Berkeley, California 94704
Telephone: 510-549-3330
Facsimile: 510-217-5894

Attorneys for Defendant


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THE TALL TREE INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>   v.<br><br>MUNICH REINSURANCE AMERICA, INC., formerly known as AMERICAN RE-INSURANCE COMPANY,<br><br>           Defendant. | Case No. CV 08-01060 (MMC)<br><br>**STIPULATION TO CONTINUE JOINT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>The Hon. Maxine M. Chesney<br><br>Date:    June 13, 2008<br>Time:   10:30 a.m.<br>Ctrm:   7, 19th Floor<br><br>[Complaint Filed: February 21, 2008] |

Whereas plaintiff The Tall Tree Insurance Company has informed Defendant and the Court that it intends to substitute new counsel and the Court has indicated that lead counsel for each party should attend the initial status conference in this matter, it is hereby stipulated, by and between the parties through their respective counsel, that the initial status conference in this case be continued from June 13, 2008 to a date in July 2008 that is convenient for the Court, preferably July 18 or July 25, 2008.

Dated: June 12, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By *Martin D. Katz* (signature)

Martin D. Katz
Attorneys for Plaintiff
THE TALL TREE INSURANCE COMPANY

Dated: June 12, 2008

CRAIG & WINKELMAN LLP

By *Bruce H. Winkelman* / with permission w/ bw (signature)

Bruce H. Winkelman
Attorneys for Defendant
MUNICH REINSURANCE AMERICA, INC.

[PROPOSED] ORDER

Good cause appearing, it is hereby ordered that the initial status conference in this action is continued to July __, 2008.

Dated: June _, 2008

_____
United States District Court Judge

-1-

STIPULATION TO CONTINUE JOINT CASE MANAGEMENT CONFERENCE; PROPOSED ORDER