1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2 |   Including Professional Corporations
   MARTIN D. KATZ, Cal. Bar No. 110681
3 | WHITNEY WALTERS, Cal. Bar No. 237781
   1901 Avenue of the Stars, Suite 1600
4 | Los Angeles, California 90067-6017
   Telephone: 310-228-3700
5 | Facsimile: 310-228-3701
   mkatz@sheppardmullin.com
6 | wwalters@sheppardmullin.com

7 | Attorneys for Plaintiff

8 |

9 | CRAIG & WINKELMAN LLP
   BRUCE H. WINKELMAN, Cal. Bar No. 124455
   2001 Addison Street, Suite 300
10 | Berkeley, California 94704
   Telephone: 510-549-3330
11 | Facsimile: 510-217-5894

12 | Attorneys for Defendant

13 |

14 | UNITED STATES DISTRICT COURT

15 | NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

16 |

| | |
|---|---|
| THE TALL TREE INSURANCE COMPANY, | Case No. CV 08-01060 (MMC) |
| Plaintiff, | **STIPULATION TO CONTINUE JOINT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| v. | The Hon. Maxine M. Chesney |
| MUNICH REINSURANCE AMERICA, INC., formerly known as AMERICAN RE-INSURANCE COMPANY, | Date: June 13, 2008<br>Time: 10:30 a.m.<br>Ctrm: 7, 19th Floor |
| Defendant. | [Complaint Filed: February 21, 2008] |

1  Whereas plaintiff The Tall Tree Insurance Company has informed Defendant
2  and the Court that it intends to substitute new counsel and the Court has indicated
3  that lead counsel for each party should attend the initial status conference in this
4  matter, it is hereby stipulated, by and between the parties through their respective
5  counsel, that the initial status conference in this case be continued from June 13,
6  2008 to a date in July 2008 that is convenient for the Court, preferably July 18 or
7  July 25, 2008.

Dated: June 12, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
Martin D. Katz
Attorneys for Plaintiff
THE TALL TREE INSURANCE COMPANY

Dated: June 12, 2008

CRAIG & WINKELMAN LLP

By _____ / with permission
Bruce H. Winkelman                     w/ bw
Attorneys for Defendant
MUNICH REINSURANCE AMERICA, INC.

[PROPOSED] ORDER

Good cause appearing, it is hereby ordered that the initial status conference in
this action is continued to ~~July ___, 2008.~~ August 1, 2008.

Dated: June 13 2008

_____
United States District Court Judge

-1-
STIPULATION TO CONTINUE JOINT CASE
MANAGEMENT CONFERENCE; PROPOSED ORDER