DAVID B. GOODWIN (CA Bar No. 104469)
COVINGTON & BURLING LLP
One Front Street
San Francisco, California 94111
Telephone:   (415) 591-6000
Facsimile:   (415) 591-6091

Attorneys for The Tall Tree Insurance Company

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE TALL TREE INSURANCE COMPANY,<br><br>                           Plaintiff,<br><br>    v.<br><br>MUNICH REINSURANCE AMERICA, INC.,<br>formerly known as AMERICAN RE-<br>INSURANCE COMPANY,<br><br>                          Defendant. | Case No.: CV 08-01060 (MMC)<br><br>**NOTICE OF SUBSTITUTION OF**<br>**COUNSEL; [PROPOSED] ORDER**<br><br>The Honorable Maxine M. Chesney |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

       PLEASE TAKE NOTICE that Plaintiff The Tall Tree Insurance Company consents and

substitutes as its counsel in the above-captioned action the law firm of Covington & Burling

LLP, with offices at One Front Street, San Francisco, California 94111, telephone number (415)

591-7000, facsimile (415) 591-6091, in place and instead of Sheppard, Mullin, Richter &

Hampton LLP, with offices at 1901 Avenue of the Stars, Suite 1600, Los Angeles, California

90067, telephone number (310) 228-3700.

I consent to the above described substitution.

DATED: July /, 2008

THE TALL TREE INSURANCE COMPANY

By _~Robin A. Hughes_____

Covington & Burling LLP hereby accepts the above substitution.

DATED: July /, 2008

COVINGTON & BURLING LLP

By _David B. Goodwin_____

DAVID B. GOODWIN
Attorneys for Plaintiff
THE TALL TREE INSURANCE COMPANY

Sheppard, Mullin, Richter & Hampton LLP hereby requests permission from the Court to withdraw from its representation of The Tall Tree Insurance Company in this action.

DATED: July /, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _Whitney Walla_____

Substitution of counsel is hereby GRANTED.

Dated: _____

_____
United States District Judge