1  DAVID B. GOODWIN (CA Bar No. 104469)
2  COVINGTON & BURLING LLP
   One Front Street
3  San Francisco, California 94111
   Telephone:   (415) 591-6000
4  Facsimile:   (415) 591-6091

5  Attorneys for The Tall Tree Insurance Company

6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11 | THE TALL TREE INSURANCE COMPANY, | Case No.: CV 08-01060 (MMC)
12 |                       Plaintiff,  | **NOTICE OF SUBSTITUTION OF**
13 | v.                                | **COUNSEL; [PROPOSED] ORDER**
14 | MUNICH REINSURANCE AMERICA, INC., | The Honorable Maxine M. Chesney
15 | formerly known as AMERICAN RE-
   | INSURANCE COMPANY,
16 |                       Defendant.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff The Tall Tree Insurance Company consents and substitutes as its counsel in the above-captioned action the law firm of Covington & Burling LLP, with offices at One Front Street, San Francisco, California 94111, telephone number (415) 591-7000, facsimile (415) 591-6091, in place and instead of Sheppard, Mullin, Richter & Hampton LLP, with offices at 1901 Avenue of the Stars, Suite 1600, Los Angeles, California 90067, telephone number (310) 228-3700.

NOTICE OF SUBSTITUTION OF COUNSEL; [PROPOSED]
ORDER], Case No. CV 08-01060 (MMC)

I consent to the above described substitution.

DATED: July 1, 2008

THE TALL TREE INSURANCE COMPANY

By [signature]

Covington & Burling LLP hereby accepts the above substitution.

DATED: July 1, 2008

COVINGTON & BURLING LLP

By [signature]

DAVID B. GOODWIN
Attorneys for Plaintiff
THE TALL TREE INSURANCE COMPANY

Sheppard, Mullin, Richter & Hampton LLP hereby requests permission from the Court to withdraw from its representation of The Tall Tree Insurance Company in this action.

DATED: July 1, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By [signature] Whitney Walters

Substitution of counsel is hereby GRANTED.

Dated: July 1, 2008

[signature]
United States District Judge

NOTICE OF SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER], Case No. CV 08-01060 (MMC)     2