IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE TALL TREE INSURANCE COMPANY,

        Plaintiff,

  v.

MUNICH REINSURANCE AMERICA, INC., formerly AMERICAN RE-INSURANCE COMPANY,

        Defendant.
                                      /

No. CV-08-1060 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** defendant's motion for judgment on the pleadings is hereby GRANTED, and the complaint is hereby DISMISSED without prejudice.

Dated: July 29, 2008

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk