1  DAVID B. GOODWIN (State Bar No. 104469)
2  dgoodwin@cov.com
   MARGARET D. WILKINSON (State Bar No. 244965)
3  mwilkinson@cov.com
   COVINGTON & BURLING LLP
4  One Front Street
5  San Francisco, California 94111
   Telephone:   (415) 591-6000
6  Facsimile:   (415) 591-6091

7  Attorneys for Plaintiff
8  THE TALL TREE INSURANCE COMPANY

9

10                UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12
   THE TALL TREE INSURANCE                Case No. CV 08-01060 (MMC)
13 COMPANY,
                                          **THE TALL TREE INSURANCE**
14         Plaintiff,                     **COMPANY'S NOTICE OF**
                                          **APPEAL**
15
16         v.

17 MUNICH REINSURANCE AMERICA,
   INC., formerly known as AMERICAN
18 RE-INSURANCE COMPANY,

19         Defendant.
20

21

22

23

24

25

26

27

28

1        NOTICE IS HEREBY GIVEN that The Tall Tree Insurance Company,

2    Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals

3    for the Ninth Circuit from the district court's order dismissing the complaint that was

4    entered in this action on July 29, 2008.

5

6    Dated:  August 28, 2008                 Respectfully submitted,

7                                            DAVID B. GOODWIN
                                             MARGARET D. WILKINSON
8                                            COVINGTON & BURLING LLP

9
                                            By _DavdBGoocu_____
10
                                                DAVID B. GOODWIN
11

12                                          Attorneys for Plaintiff
                                            The Tall Tree Insurance Company
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ATTACHMENT

1  DAVID B. GOODWIN (State Bar No. 104469)
2  dgoodwin@cov.com
   MARGARET D. WILKINSON (State Bar No. 244965)
3  mwilkinson@cov.com
   COVINGTON & BURLING LLP
4  One Front Street
5  San Francisco, California 94111
   Telephone:   (415) 591-6000
6  Facsimile:   (415) 591-6091

7  Attorneys for Plaintiff
8  THE TALL TREE INSURANCE COMPANY

9

10              UNITED STATES DISTRICT COURT

11         FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                                    Case No. CV 08-01060 (MMC)
   THE TALL TREE INSURANCE
13 COMPANY,                           **THE TALL TREE INSURANCE
                                      COMPANY'S**
14                                    **REPRESENTATION
          Plaintiff,                  STATEMENT**
15
16        v.

17 MUNICH REINSURANCE AMERICA,
   INC., formerly known as AMERICAN
18 RE-INSURANCE COMPANY,

19
          Defendant.
20

21

22

23
          THE TALL TREE INSURANCE COMPANY hereby presents its
24
   Representation Statement pursuant to Fed. R. App. P. 12(b):
25

26

27

28

   THE TALL TREE INSURANCE COMPANY'S
   REPRESENTATION STATEMENT
   Case No. CV 08-01060 (MMC)

| PARTY | COUNSEL |
|---|---|
| THE TALL TREE INSURANCE COMPANY, Plaintiff and Appellant | David B. Goodwin (State Bar No. 104469)<br>dgoodwin@cov.com<br>Margaret D. Wilkinson (State Bar No. 244965)<br>mwilkinson@cov.com<br>COVINGTON & BURLING LLP<br>One Front Street<br>San Francisco, California 94111<br>Telephone:    (415) 591-6000<br>Facsimile:    (415) 591-6091 |
| MUNICH REINSURANCE AMERICA, INC., Defendant and Respondent | Bruce H. Winkelman (State Bar No. 124455)<br>CRAIG & WINKELMAN LLP<br>2001 Addison Street, Suite 300<br>Berkeley, California 94704<br>Telephone:    (510) 549-3330<br>Facsimile:    (510) 217-5894 |

Dated:  August 28, 2008

Respectfully submitted,

DAVID B. GOODWIN
MARGARET D. WILKINSON
COVINGTON & BURLING LLP

By _____
DAVID B. GOODWIN

Attorneys for Plaintiff
The Tall Tree Insurance Company

 

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

September 3, 2008

CA9 Docket No.:      08-16933
Agency Number:       3:08-cv-01060-MMC
Short Title:         The Tall Tree Insurance Compan v. Munich
                     Reinsurance America, In

Dear Counsel:

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit.

The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case. Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for designating and filing the reporter's transcript, if applicable, filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

The following information is being provided in an attempt to answer the most frequently asked questions regarding the appellate process. Please review this information very carefully. For convenience, we use the term "Circuit Rules" instead of "Rules of the United States Court of Appeals for the Ninth Circuit" and "FRAP" instead of "Federal Rules of Appellate Procedure."

Enclosed with this letter is an appellate processing schedule along with a case processing checklist to help you monitor the progress of your case.

**Appellants/Petitioners who are filing pro se should refer to the accompanying information sheet regarding the filing of informal briefs.**