| | |
|---|---|
| 1 | DAVID B. GOODWIN (State Bar No. 104469) |
| 2 | dgoodwin@cov.com |
| | MARGARET D. WILKINSON (State Bar No. 244965) |
| 3 | mwilkinson@cov.com |
| | COVINGTON & BURLING LLP |
| 4 | One Front Street |
| 5 | San Francisco, California 94111 |
| | Telephone: (415) 591-6000 |
| 6 | Facsimile: (415) 591-6091 |

FILED
08 AUG 28 AM 10: 14

Attorneys for Plaintiff
THE TALL TREE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TALL TREE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MUNICH REINSURANCE AMERICA, INC., formerly known as AMERICAN RE-INSURANCE COMPANY,<br><br>Defendant. | Case No. CV 08-01060 (MMC)<br><br>**THE TALL TREE INSURANCE COMPANY'S NOTICE OF APPEAL** |

THE TALL TREE INSURANCE COMPANY'S NOTICE OF
APPEAL
Case No. CV 08-01060 (MMC)

1  NOTICE IS HEREBY GIVEN that The Tall Tree Insurance Company,
2  Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals
3  for the Ninth Circuit from the district court's order dismissing the complaint that was
4  entered in this action on July 29, 2008.

6  Dated: August 28, 2008    Respectfully submitted,

7                             DAVID B. GOODWIN
                               MARGARET D. WILKINSON
8                              COVINGTON & BURLING LLP

10                             By _____
                                  DAVID B. GOODWIN

12                             Attorneys for Plaintiff
                               The Tall Tree Insurance Company

---

THE TALL TREE INSURANCE COMPANY'S NOTICE OF     2
APPEAL
Case No. CV 08-01060 (MMC)

# ATTACHMENT

1 DAVID B. GOODWIN (State Bar No. 104469)
dgoodwin@cov.com
MARGARET D. WILKINSON (State Bar No. 244965)
mwilkinson@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, California 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Attorneys for Plaintiff
THE TALL TREE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| THE TALL TREE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MUNICH REINSURANCE AMERICA, INC., formerly known as AMERICAN RE-INSURANCE COMPANY,<br><br>Defendant. | Case No. CV 08-01060 (MMC)<br><br>**THE TALL TREE INSURANCE COMPANY'S REPRESENTATION STATEMENT** |
|---|---|

THE TALL TREE INSURANCE COMPANY hereby presents its Representation Statement pursuant to Fed. R. App. P. 12(b):

THE TALL TREE INSURANCE COMPANY'S
REPRESENTATION STATEMENT
Case No. CV 08-01060 (MMC)

| PARTY | COUNSEL |
|---|---|
| THE TALL TREE INSURANCE COMPANY, Plaintiff and Appellant | David B. Goodwin (State Bar No. 104469)<br>dgoodwin@cov.com<br>Margaret D. Wilkinson (State Bar No. 244965)<br>mwilkinson@cov.com<br>COVINGTON & BURLING LLP<br>One Front Street<br>San Francisco, California 94111<br>Telephone:  (415) 591-6000<br>Facsimile:   (415) 591-6091 |
| MUNICH REINSURANCE AMERICA, INC., Defendant and Respondent | Bruce H. Winkelman (State Bar No. 124455)<br>CRAIG & WINKELMAN LLP<br>2001 Addison Street, Suite 300<br>Berkeley, California 94704<br>Telephone:  (510) 549-3330<br>Facsimile:   (510) 217-5894 |

Dated: August 28, 2008

Respectfully submitted,

DAVID B. GOODWIN
MARGARET D. WILKINSON
COVINGTON & BURLING LLP

By _____
DAVID B. GOODWIN

Attorneys for Plaintiff
The Tall Tree Insurance Company

THE TALL TREE INSURANCE COMPANY'S
REPRESENTATION STATEMENT
Case No. CV 08-01060 (MMC)

2

ADRMOP, APPEAL, CLOSED, E-Filing

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:08-cv-01060-MMC
## Internal Use Only

| | |
|---|---|
| The Tall Tree Insurance Company v. Munich Reinsurance America, Inc. | Date Filed: 02/21/2008 |
| | Date Terminated: 07/29/2008 |
| Assigned to: Hon. Maxine M. Chesney | Jury Demand: Both |
| Demand: $0 | Nature of Suit: 110 Insurance |
| Cause: 28:1332 Diversity-Insurance Contract | Jurisdiction: Diversity |

**Plaintiff**

**The Tall Tree Insurance Company**     represented by     **David Bruce Goodwin**
Covington & Burling LLP
One Front Street, 35th Floor
San Francisco , CA 94111
415-591-7074
Fax: 415-955-6574
Email: dgoodwin@cov.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin D Katz**
Sheppard Mullin Richter & Hampton LLP
1901 Avenue of the Stars, 16th Floor
Los Angeles , CA 90067-6017
(310) 228-3700
Fax: (310) 228-3701
Email: mkatz@sheppardmullin.com
*TERMINATED: 07/01/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Whitney Beth Walters ,**
Sheppard Mullin Richter & Hampton LLP
1901 Avenue of the Stars
Suite 1600
Los Angeles , CA 90067-6017

310-228-3700
Fax: 310-228-3701
Email: wwalters@sheppardmullin.com

*TERMINATED: 07/01/2008*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Munich Reinsurance America, Inc.**<br>*formerly known as*<br>American Re-Insurance Company | represented by | **Bruce Harry Winkelman**<br>Attorney at Law<br>2001 Addison Street<br>Suite 300<br>Berkeley , CA 94704<br>510-549-3330 x109<br>Fax: 510-217-5894<br>Email: bwinkelman@Craig-Winkelman.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/21/2008 | 1 | COMPLAINT for Declaratory Relief - [Summons Issued] against Munich Reinsurance America, Inc., [Filing Fee: $350.00, Receipt Number 34611016091]. Filed by Plaintiff The Tall Tree Insurance Company. (tn, COURT STAFF) (Filed on 2/21/2008) (Entered: 02/26/2008) |
| 02/21/2008 | 2 | SUMMONS Issued as to Defendant Munich Reinsurance America, Inc.. (tn, COURT STAFF) (Filed on 2/21/2008) (Entered: 02/26/2008) |
| 02/21/2008 | 3 | ADR SCHEDULING ORDER: Initial Case Management Conference set for 6/9/2008 at 4:00 PM. & Joint Case Management Statement due 6/2/2008. (Attachments: #(1) BZ Standing Order). (tn, COURT STAFF) (Filed on 2/21/2008) (Additional attachment(s) added on 2/26/2008: # 2 Standing Order for All Judges) (tn, COURT STAFF). (Entered: 02/26/2008) |
| 02/21/2008 | 4 | CERTIFICATION of Interested Entities or Persons Filed by Plaintiff The Tall Tree Insurance Company identifying Corporate Parent Hewlett-Packard Company, a Delaware corporation (Tall Tree is a wholly-owned subsidiary of Hewlett-Packard Company) for The Tall Tree Insurance Company. (tn, COURT STAFF) (Filed on 2/21/2008) (Entered: 02/26/2008) |
| 02/21/2008 | | CASE DESIGNATED for Electronic Filing. (tn, COURT STAFF) (Entered: 02/26/2008) |
| 02/29/2008 | 5 | SUMMONS Returned Executed by The Tall Tree Insurance Company. Munich Reinsurance America, Inc. served on 2/25/2008, answer due 3/16/2008. (Katz, Martin) (Filed on 2/29/2008) (Entered: 02/29/2008) |
| 03/17/2008 | 6 | ANSWER to Complaint with jury demand byMunich Reinsurance America, Inc.. (Winkelman, Bruce) (Filed on 3/17/2008) (Entered: 03/17/2008) |
| 03/18/2008 | 7 | Letter re consent from Lashanda Scott. (ls, COURT STAFF) (Filed on |

| | | 3/18/2008) (Entered: 03/18/2008) |
|---|---|---|
| 03/19/2008 | 8 | Declination to Proceed Before a U.S. Magistrate Judge by The Tall Tree Insurance Company *and Request for Reassignment to a United States District Judge*. (Katz, Martin) (Filed on 3/19/2008) (Entered: 03/19/2008) |
| 03/19/2008 | 9 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (ls, COURT STAFF) (Filed on 3/19/2008) (Entered: 03/19/2008) |
| 03/21/2008 | 10 | ORDER REASSIGNING CASE. Case reassigned to Hon. Maxine M. Chesney for all further proceedings. Magistrate Judge Bernard Zimmerman no longer assigned to the case. Signed by Executive Committee on 3/21/08. (ha, COURT STAFF) (Filed on 3/21/2008) (Entered: 03/21/2008) |
| 03/24/2008 | 11 | CASE MANAGEMENT SCHEDULING ORDER: Case Management Conference set for 6/13/2008 10:30 AM. Case Management Statement due by 6/6/2008.. Signed by Judge Maxine M. Chesney on 2/27/2007. (Attachments: # 1 Judge Chesney's Standing Orders)(tl, COURT STAFF) (Filed on 3/24/2008) (Entered: 03/24/2008) |
| 03/25/2008 | 12 | CERTIFICATE OF SERVICE by The Tall Tree Insurance Company *Re Case Management Conference Order* (Walters, Whitney) (Filed on 3/25/2008) (Entered: 03/25/2008) |
| 05/28/2008 | 13 | ADR Clerks Notice re: Non-Compliance with Court Order. (tjs, COURT STAFF) (Filed on 5/28/2008) (Entered: 05/28/2008) |
| 06/06/2008 | 14 | NOTICE of need for ADR Phone Conference (ADR L.R. 3-5 d) (Katz, Martin) (Filed on 6/6/2008) (Entered: 06/06/2008) |
| 06/06/2008 | 15 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options (Katz, Martin) (Filed on 6/6/2008) (Entered: 06/06/2008) |
| 06/06/2008 | 16 | JOINT CASE MANAGEMENT STATEMENT filed by The Tall Tree Insurance Company. (Katz, Martin) (Filed on 6/6/2008) (Entered: 06/06/2008) |
| 06/06/2008 | 17 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options *filed by Munich Reinsurance America, Inc.* (Winkelman, Bruce) (Filed on 6/6/2008) (Entered: 06/06/2008) |
| 06/09/2008 | 18 | ADR Clerks Notice Setting ADR Phone Conference on 6/11/08 at 11:30 a.m. Please take note that plaintiff's counsel initiates the call to all parties. (tjs, COURT STAFF) (Filed on 6/9/2008) (Entered: 06/09/2008) |
| 06/11/2008 | | ADR Remark: ADR Phone Conference held on 6/11/08 by RWS. (tjs, COURT STAFF) (Filed on 6/11/2008) (Entered: 06/20/2008) |
| 06/12/2008 | 19 | STIPULATION *TO CONTINUE JOINT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER* by The Tall Tree Insurance Company. (Walters, Whitney) (Filed on 6/12/2008) (Entered: 06/12/2008) |
| 06/13/2008 | 20 | STIPULATION AND ORDER continuing Case Management Conference to August 1, 2008. Signed by Judge Maxine M. Chesney on June 13, 2008. (mmclc2, COURT STAFF) (Filed on 6/13/2008) (Entered: 06/13/2008) |

| | | |
|---|---|---|
| 06/13/2008 | | Set Deadlines/Hearings: Case Management Conference Continued for 8/1/2008 10:30 AM. Re 20 Stipulation & Order (aaa, Court Staff) (Filed on 6/13/2008) (Entered: 06/16/2008) |
| 06/20/2008 | 21 | MOTION for Judgment on the Pleadings *per Rule 12(c) and 12(h)(3) based on lack of subject-matter jurisdiction* filed by Munich Reinsurance America, Inc.. Motion Hearing set for 7/25/2008 09:00 AM in Courtroom 7, 19th Floor, San Francisco. (Winkelman, Bruce) (Filed on 6/20/2008) (Entered: 06/20/2008) |
| 06/20/2008 | 22 | Proposed Order re 21 MOTION for Judgment on the Pleadings *per Rule 12(c) and 12(h)(3) based on lack of subject-matter jurisdiction* MOTION for Judgment on the Pleadings *per Rule 12(c) and 12(h)(3) based on lack of subject-matter jurisdiction* by Munich Reinsurance America, Inc.. (Winkelman, Bruce) (Filed on 6/20/2008) (Entered: 06/20/2008) |
| 06/26/2008 | 23 | NOTICE by Munich Reinsurance America, Inc. *Re-Notice of 21 Motion for Judgment on Pleadings to 8/1/08 from 7/25/08* (Winkelman, Bruce) (Filed on 6/26/2008) Modified on 6/27/2008 (aaa, Court Staff). (Entered: 06/26/2008) |
| 07/01/2008 | 24 | NOTICE of Substitution of Counsel and [Proposed] Order by David Bruce Goodwin (Goodwin, David) (Filed on 7/1/2008) Modified on 7/1/2008 (aaa, Court Staff). (Entered: 07/01/2008) |
| 07/01/2008 | 25 | ORDER APPROVING NOTICE OF SUBSTITUTION OF COUNSEL. Covington & Burling LLP is substituted in place and in stead of Sheppard, Mullin, Richter & Hampton LLP as counsel of record for plaintiff. Signed by Judge Maxine M. Chesney on July 1, 2008. (mmclc1, COURT STAFF) (Filed on 7/1/2008) (Entered: 07/01/2008) |
| 07/01/2008 | | (Court only) Attorneys Martin D Katz and Whitney Beth Walters terminated. (mmclc1, COURT STAFF) (Filed on 7/1/2008) (Entered: 07/01/2008) |
| 07/11/2008 | 26 | Memorandum in Opposition *to 21 Motion of Munich Reinsurance for Judgment on the Pleadings* filed by The Tall Tree Insurance Company. (Goodwin, David) (Filed on 7/11/2008) Modified on 7/14/2008 (slh, COURT STAFF). (Entered: 07/11/2008) |
| 07/18/2008 | 27 | Reply to Opposition *In support of 21 Motion For Judgment on the Pleadings Based on Lack of Subject-Matter Jurisdiction* filed by Munich Reinsurance America, Inc.. (Winkelman, Bruce) (Filed on 7/18/2008) Modified on 7/21/2008 (slh, COURT STAFF). (Entered: 07/18/2008) |
| 07/29/2008 | 28 | ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS; DISMISSING COMPLAINT WITHOUT PREJUDICE; VACATING HEARING. Signed by Judge Maxine M. Chesney on July 29, 2008. (mmclc1, COURT STAFF) (Filed on 7/29/2008) (Entered: 07/29/2008) |
| 07/29/2008 | 29 | JUDGMENT: Defendants motion for judgment on the pleadings is hereby GRANTED, and the complaint is hereby DISMISSED without prejudice. (tl, COURT STAFF) (Filed on 7/29/2008) (Entered: 07/29/2008) |
| | | |

| 08/28/2008 | 30 | NOTICE OF APPEAL as to 29 Judgment, 28 Order on Motion for Judgment on the Pleadings by The Tall Tree Insurance Company. Filing fee $ 455.00., receipt number 34611022840 (aaa, Court Staff) (Filed on 8/28/2008) (Entered: 08/29/2008) |
| --- | --- | --- |
| 08/28/2008 |  | UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT CIVIL APPEALS DOCKETING STATEMENT. (aaa, Court Staff) (Filed on 8/28/2008) (Entered: 08/29/2008) |
| 08/29/2008 | 31 | Cover Letter & Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 30 Notice of Appeal (aaa, Court Staff) (Filed on 8/29/2008) (Additional attachment(s) added on 8/29/2008: # 1 Transmittal Form) (aaa, Court Staff). (Entered: 08/29/2008) |
| 08/29/2008 | 32 | Certificate of Record Mailed to USCA re appeal 30 Notice of Appeal : (aaa, Court Staff) (Filed on 8/29/2008) (Entered: 08/29/2008) |
| 08/29/2008 | 33 | Copy of 30 Notice of Appeal and Docket sheet mailed to all counsel without an e-mailing address. (aaa, Court Staff) (Filed on 8/29/2008) (Entered: 08/29/2008) |